UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY LEONARD FLOYD,            :
                                  :
    Plaintiff                     :   CIVIL ACTION NO. 3:16-0278
                                  :
    v                             :
                                  :   (JUDGE MANNION)
DEPT. OF CORR. , et al.,          :
                                  :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to follow a court order.

2. Defendants' motion to dismiss (Doc. 20) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                            s/ *Malachy E. Mannion*
                            **MALACHY E. MANNION**
                            **United States District Judge**

**Dated:   November 7, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0278-01-ORDER.wpd